UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

---

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,

    Plaintiff,

v.                                                              Case No. 1:21-cv-162

TRANSFORM SR LLC

    Defendants.

---

### NOTICE OF VOLUNTARY DISMISSAL

---

    Pursuant to F.R.C.P. Rule 41(1)(A)(i), American Family Mutual Insurance Company, S.I. dismisses this action with prejudice.

Dated: June 14, 2021

                                                             RON HARMEYER LAW OFFICE LLC
                                                              Attorneys for American Family Mutual Insurance Company

                                                              *s/ Ronald W. Harmeyer*
                                                              _____
                                                              By: Ronald W. Harmeyer

330 E. Kilbourn Ave., Suite 1070
Milwaukee, WI 53202
Tel. (414) 316-2500
Fax (414) 755-7081
rharmeyer@ronharmeyerlaw.com